GUSTAV W. EYLER
Acting Director, Consumer Protection Branch
RICHARD GOLDBERG
Senior Counsel for Complex Litigation
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6002S
    Washington, D.C. 20001
    Tel: 202-307-2532
    Fax: 202-514-8742
    Email: Richard.goldberg@usdoj.gov

Attorneys for Plaintiff United States of America



FILED
CLERK, U.S. DISTRICT COURT
APR 18 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK GUPTA,<br>individually,<br><br>Defendant. | No.: 2:19 cv 01573-SVW-SK<br><br>**[PROPOSED] STIPULATED ORDER FOR PERMANENT INJUNCTION AND FINAL JUDGMENT** |

    Plaintiff United States of America (the "United States") commenced this action against defendant Deepak Gupta ("Defendant") by filing a civil Complaint seeking an injunction pursuant to 18 U.S.C. § 1345 and the Court's equitable powers. The United States and Defendant stipulate to the entry of a Stipulated Order for Permanent Injunction ("Order"), lodged concurrently with this Stipulation, with the terms and provisions below to resolve the claims in the Complaint. Defendant, *pro se*, enters into this Stipulation freely and without

1

coercion and acknowledges that Defendant has read the provisions of the Order, understands them, and is prepared to abide by them. Defendant waives service of the Complaint and Summons.

**NOW, THEREFORE**, it is ORDERED as follows:

## I. FINDINGS

Plaintiff and Defendant stipulate to the following findings.

A. This Court has jurisdiction over this matter and the parties pursuant to 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345. Venue is proper in this District under 28 U.S.C. § 1391(b) and (c) because a substantial part of the events or omissions giving rise to the claims alleged in the Complaint occurred in this district.

B. The United States seeks injunctive relief pursuant to 18 U.S.C. § 1345.

C. This Stipulation is neither an admission of liability by Defendant, nor a concession by the United States that its claims are not well founded. Only for purposes of this action, Defendant admits that the Court has jurisdiction as to Defendant and as to this action.

## II. DEFINITIONS

For purposes of this Order, the following definitions apply:

A. "Defendant" means Deepak Gupta.

B. "Person" means an individual, a corporation, a partnership, or any other entity.

C. "Funds" include any currency, check, money order, stored value card, stored value card numbers, bank wire transmission, or other monetary value.

D. "Tech support business" refers to any person that claims to provide security or technical support for computer or mobile devices or computer or mobile device-related equipment.

2

E. "Money transmitting business" refers to a person who, for a fee, receives funds from one person for the purpose of transmitting the funds, or providing access to the funds, to another person.

F. "Fee" refers to a payment or compensation of any kind regardless of how the payment or compensation is labeled, including but not limited to processing fees, service fees, expediting fees, purchase fees, nominal fees, symbolic payments, gifts and gratuities.

## III. PROHIBITED CONDUCT

**IT IS ORDERED** that Defendant is **PERMANENTLY PROHIBITED, RESTRAINED,** and **ENJOINED** from, directly or indirectly, engaging, participating, or assisting in any tech support business or money transmitting business.

## V. ORDER ACKNOWLEDGMENTS

**IT IS FURTHER ORDERED** that within five (5) days after entry of this Order, the Defendant is ordered to submit to Postal Inspector Thomas Ninan a written acknowledgement of receipt of this Order sworn under penalty of perjury. The statement shall be addressed to:

U.S. Postal Inspector Thomas Ninan
U.S. Postal Inspection Service
c/o U.S. Department of Justice
Patrick Henry Building
First Floor
601 D St. NW
Washington, DC 20579

## VI. MODIFICATION OF THE ORDER

This Order shall not be modified except in writing by Plaintiff and the Defendant and approved by the Court.

## VII. RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Court retains exclusive jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

SO STIPULATED AND AGREED:

**FOR PLAINTIFF UNITED STATES OF AMERICA**

**GUSTAV W. EYLER**
Acting Director, Consumer Protection Branch

___/s/_____  Date: 3/4/19
**RICHARD GOLDBERG**
Senior Counsel for Complex Litigation
United States Department of Justice
450 Fifth Street, NW, Suite 6002 South
Washington, D.C. 20001
Telephone: (202) 307-2532
Facsimile: (202) 514-8742
Email: Richard.goldberg@usdoj.gov

**FOR DEFENDANT DEEPAK GUPTA**

_____  Date: 02/14/19
**DEEPAK GUPTA**

4

SO ORDERED:

Dated: 4/18/19

_____
**UNITED STATES DISTRICT JUDGE**

5